# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV66 | 09930659 | HARPER | 116 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code | VA |
|---|---|---|
| 03/15/2022 0101 | 46.2-1235 | |

Place of Offense: N/B GWMP @ FIRST OVERLOOK

Offense Description: Factual Basis for Charge — HAZMAT ☐

IMPROPER PARKING
outside the lines

### DEFENDANT INFORMATION

Last Name: FIGUEROA
First Name: LUIS
M.I.: G

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8ET6491 | MD | 24 | TOYT/CAMRY | | BLACK |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

Date: 06/16/2022
Time: 0930

X Defendant Signature

Original - CVB Copy

*09930659*

CVB SCAN 04/18/2022 11:45

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/18/2022 11:45