# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **WILLIAM E. FITZPATRICK**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA          HEARING: R5/PBV          CASE #: 22po562

-VS-          DATE: 12/8/22          TIME: 2:00 p.m.

___Luis Figueroa_____          RECORDER: FTR SYSTEM          REMOTE HEARING ( )

COUNSEL FOR THE UNITED STATES: C. Etchart

COUNSEL FOR THE DEFENDANT: N. Wenstrup

INTERPRETER: _____ LANGUAGE: _____

( x ) DEFT APPEARED     ( x ) W/ COUNSEL     ( ) DUTY FPD PRESENT:_____

( x ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) DUE PROCESS ACT     ( ) DEFT INFORMED     ( ) ORDER SIGNED BY JUDGE

( ) COURT TO APPOINT COUNSEL  ( ) FPD   ( ) CJA   ( ) DEFT TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE     ( ) AFFIDAVIT

( ) EXHIBIT #_____ ADMITTED

( ) PROBABLE CAUSE:     FOUND ( )     NOT FOUND ( )

( ) PRELIMINARY REVOCATION HEARING WAIVED   ( ) FILED   ( ) ORALLY

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION   ( ) COURT FINDS DFT. IN VIOLATION

**MINUTES:** USA seeks detention; Deft argues for release pending SRV Hearing w/district Judge-Granted. Deft is placed on additional conditions of probation to include the following: no alcohol; do not return to previous residence, no contact with the victim (fiancé), comply with all conditions of mental health and alcohol testing and treatment as directed by probation, all other previous conditions remain in effect. Original Release Order given to USMS in open court.

**CONDITIONS OF RELEASE**:
($          ) UNSECURED ($          ) SECURED ( ) PTS ( ) 3^RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH

**( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**( ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED ( ) PROBATION ( ) RELEASE ( ) BOND**

**NEXT COURT APPEARANCE:** 1/17/23          at   10:00 am          Before   Davis
( ) DH   ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( x ) PBV   ( ) SRV   ( ) R40 ( ) ARR